WWR # 040397778

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   ) | |
| ANDREW L STITT,   ) | |
|    ) | Bankruptcy No. 19-10064-TPA |
| Debtor,   ) | |
|    ) | Chapter 13 |
| BMO HARRIS BANK N.A.,   ) | |
|    ) | Hearing Date & Time 9/25/2019 at 9:30 a.m. |
| Movant,   ) | |
|    ) | Response Deadline 8/26/2019 |
| v.   ) | |
|    ) | |
| ANDREW L STITT, DEBTOR,   ) | |
| RONDA J. WINNECOUR, TRUSTEE,   ) | |
| Respondents.   ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 8/8/2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 8/26/2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 8/27/2019

By:
/s/ Brian Langford
Brian Langford PA I.D. #324884
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219   (412) 338-7102
blangford@weltman.com