FILED
8/28/19 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 040397778

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ANDREW L STITT, ) | |
| ) | Bankruptcy No. 19-10064-TPA |
| Debtor, ) | |
| ) | Chapter 13 |
| BMO HARRIS BANK N.A., ) | |
| ) | Related to Document No. 28 |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW L STITT, DEBTOR, ) | |
| RONDA J. WINNECOUR, TRUSTEE, ) | |
| Respondents. ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

This cause came on for hearing this __28th__ day of _____August_____, 2019, in said District, upon the Motion of BMO Harris Bank N.A. for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that BMO Harris Bank N.A. is a creditor of the estate by virtue of a certain Loan and Security Agreement with the Debtors, secured by a 2016 Peterbilt 389 Series: 389 131" BBC SFFA Tractor 6x4 Serial No.: 1NPXGGGG20D389957; that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that BMO Harris Bank N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Thomas P. Agresti    jlm
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew L. Stitt
      Debtor

Case No. 19-10064-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Aug 28, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
db         +Andrew L. Stitt,    6618 Bordeau House,    Meadville, PA 16335-1007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
        Brian Thomas Langford    on behalf of Creditor    BMO Harris Bank, N.A. PitEcf@weltman.com, PitEcf@weltman.com
        James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rebeka Seelinger    on behalf of Debtor Andrew L. Stitt rebeka@seelingerlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                       TOTAL: 5