FILED
1/29/21 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDREW L STITT<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ANDREW L STITT<br><br>Respondent(s) | Case No. 19-10064TPA<br>Chapter 13<br><br>Related to Document No. 42 |

## ORDER

AND NOW, this  29th  day of  January , 20 21 , the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is *ORDERED, ADJUDGED and DECREED:*

☐   This case is *DISMISSED*, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is *DISMISSED*, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is *FURTHER ORDERED* as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of 37 months; the monthly plan payment amount is changed to $_____ effective_____.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____

BY THE COURT:

*[signature]*
United States Bankruptcy Judge    jm

Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10064-TPA |
| Andrew L. Stitt | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew L. Stitt, 6618 Bordeau House, Meadville, PA 16335-1007 |
| 14984198 | + | BMO HARRIS BANK NA, P.O. BOX 71951, Chicago, IL 60694-1951 |
| 14984190 | + | BMO Harris Bank N.A., P.O. Box 3040, Cedar Rapids, IA 52406-3040 |
| 15027905 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14984191 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984195 | + | Sandra L Potchak, Fairview Twp, 1303 Kittaning Pike, Karns City, PA 16041-1711 |
| 14984196 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 15006219 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14984197 | | Venango Co.drs, Domestic Relations Section, Franklin, PA 16323 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2021 02:00:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14984193 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2021 01:42:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 15204798 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2021 01:59:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14984194 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2021 01:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMO Harris Bank, N.A. |
| cr | | Toyota Motor Credit Corporation |
| 14984192 | | Heather Berkhart, Unknown |
| 14984200 | | Heather Berkhart, Unknown |
| 14984199 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14984201 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14984202 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14984203 | *+ | Sandra L Potchak, Fairview Twp, 1303 Kittaning Pike, Karns City, PA 16041-1711 |
| 14984204 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14984205 | * | Venango Co.drs, Domestic Relations Section, Franklin, PA 16323 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

Case 19-10064-TPA    Doc 48    Filed 01/31/21    Entered 02/01/21 00:35:47    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 2 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 13 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021                              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor BMO Harris Bank  N.A. pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Andrew L. Stitt rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5