IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-10064 TPA |
| Andrew L. Stitt | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Andrew L. Stitt | : | |
| Movant | : | |
| | : | Document No. |
| v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | | |
| Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is no longer required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 29, 2019, at docket number 7, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 9, 2022

/s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**