# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Filed
3/7/22 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ANDREW L STITT

Case No.19-10064TPA

Debtor(s)
Ronda J. Winnecour, Trustee
Movant
vs.
ANDREW L STITT

Chapter 13

Document No. ____59____

Respondents

| ORDER TO STOP PAYROLL DEDUCTIONS |
| --- |

AND NOW, this ____7th____ day of __March__ , 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that

Unimark Truck Transport Llc
Attn Payroll Manager
302 Thunder Rd
Po Box 516
Duenweg,MO 64841

is hereby ordered to immediately terminate the attachment of the wages of ANDREW L STITT, social security number

XXX-XX-9448.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ANDREW L STITT.

BY THE COURT:

jlm

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-10064-TPA

Andrew L. Stitt                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                  Page 1 of 1

Date Rcvd: Mar 07, 2022                       Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew L. Stitt, 6618 Bordeau House, Meadville, PA 16335-1007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor BMO Harris Bank  N.A. pitecf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Andrew L. Stitt rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5